JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT JOSEPH FILER, | Case No. CV 16-08041-DSF (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| C. E. DUCART, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction; Referring the Petition to the Ninth Circuit Court of Appeals Pursuant to Ninth Circuit Rule 22-3(A); and Denying Certificate of Appealability,

IT IS ADJUDGED that this action is dismissed without prejudice for lack of subject matter jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 11/16/16

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1